

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-10698
USDC No. 3:01-CV-2027-D

MARTIN LUCIO SANTILLAN,

Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

--------------------

Appeal from the United States District Court
for the Northern District of Texas

--------------------

O R D E R:

Martin Lucio Santillan, Texas prisoner #820911, requests a certificate of appealability (COA) to appeal the district court's dismissal as time-barred of his 28 U.S.C. § 2254 petition in which he challenged his conviction for capital murder. Santillan has not demonstrated that reasonable jurists would find it debatable whether the district court's dismissal of his petition as time-barred was error. Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, COA is denied.

U.S. COURT OF APPEALS
**FILED**
APR - 3 2003
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR - 7 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana  APR 0 3 2003

_____
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 3, 2003



Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Room 14A20
Dallas, TX 75242

       No. 02-10698 Santillan v. Cockrell
           USDC No. 3:01-CV-2027-D

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 2 ) Volumes     ( ) Envelopes     ( 1 ) Box

3- SCR

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                 By: *Debbie Kranz*
                      Debbie Kranz, Deputy Clerk
                      504-310-7698

cc: w/encl:
    Mr Martin Lucio Santillan
    Ms Karyl Krug

MDT-1